IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-00476-MSK-CBS

FLOYD EARL and
RHODA EARL,

      Plaintiffs,

v.

UNITED STATES OF AMERICA,
DENVER VETERAN'S ADMINISTRATION MEDICAL CENTER and Doctors and
Employees and Agents of DENVER VETERAN'S ADMINISTRATION MEDICAL
CENTER, X.Y and Z,

      Defendants.

## ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS

IT IS ORDERED that, as to any exhibits and depositions to be used during this case,

counsel for the parties shall obtain such exhibits and depositions from the Court within 30 days

after any judgment is entered or closure of the case.  Counsel shall retain same for 60 days beyond

the later of the time to appeal or conclusion of any appellate proceedings.  Failure to retrieve

exhibits and depositions in conformance with this Order may result in their destruction.

Dated this 21st day of March, 2007.

      **BY THE COURT:**

      *Marcia S. Krieger*

      Marcia S. Krieger
      United States District Judge

Dockets.Justia.com