# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00476-MJW-CBS

FLOYD EARL, and
RHODA EARL,

    Plaintiffs,

    v.

UNITED STATES OF AMERICA,

    Defendant.

## ORDER DISMISSING CASE WITH PREJUDICE
(DN 33)

Pursuant to the Stipulated Order of Dismissal filed by Plaintiffs and the Federal Defendants, it is accordingly

ORDERED, ADJUDGED and DECREED that the claims asserted, or that could have been asserted, in the Complaint against the following parties are dismissed with prejudice with each party to pay its own costs and attorneys' fees:  the United States of America, the Department of Veteran's Affairs ("VA"), and all un-identified doctors and employees of the VA for whom the United States was substituted.

DATED this 28th Day of September, 2007

                                            BY THE COURT:

                                            s/Michael J. Watanabe

                                            MICHAEL J. WATANABE
                                            United States District Court